# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RODNEY A. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:26-cv-00152-HEA |
| ) | |
| ST. CHARLES COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This prisoner civil rights case is before the Court on review of the file. Self-represented Plaintiff Rodney A. Campbell has submitted a complaint. He has neither paid the filing fee nor submitted an application to proceed in district court without prepayment of fees and costs ("application") and his prisoner account statement. Under 28 U.S.C. § 1915(a)(2), "[a] prisoner seeking to bring a civil action . . . without prepayment of fees . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ." *Id.* The Court will order Plaintiff to either pay the $405 filing fee or file the application along with his prisoner account statement within 21 days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall either pay the $405 filing fee or submit an application to proceed in district court without prepayment of fees and costs within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff files an application to proceed in district court without prepayment of fees and costs, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail Plaintiff a copy of the Court's form application to proceed in district court without prepayment of fees and costs.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 4th day of February, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE